■ TAMMAC CORPORATION et al., Respondents, v SEABOARD HOMES, INC., et al., Defendants, and LEON MARTIN, Appellant. [661 NYS2d 803] —Order unanimously affirmed without costs. Memorandum: Supreme Court properly denied the motion of defendant Leon Martin for summary judgment dismissing the complaints against him. Although Martin met his initial burden on the motion, plaintiffs raised questions of fact regarding Martin's active participation in or potential knowledge of the alleged diversion of trust funds (*see, Schwadron v Freund,* 69 Misc 2d 342; *cf., Fleck v Perla,* 40 AD2d 1069; *see generally, Canron Corp. v City of New York,* 89 NY2d 147). (Appeal from Order of Supreme Court, Jefferson County, Gilbert, J.—Summary Judgment.) Present—Pine, J. P., Lawton, Doerr, Boehm and Fallon, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAFAEL WEST, Appellant. [659 NYS2d 598] —Judgment unanimously affirmed. Memorandum: Defendant knowingly, intelligently and voluntarily waived his right to appeal. The contention that his sentence is unduly harsh and severe does not survive that waiver (*see, People v Allen,* 82 NY2d 761; *People v Delgado,* 237 AD2d 972). Supreme Court's statement at sentencing that defendant had 30 days to appeal does not vitiate defendant's otherwise valid waiver of the right to appeal (*see, People v Moissett,* 76 NY2d 909, 912). (Appeal from Judgment of Supreme Court, Erie County, Tills, J.—Criminal Possession Controlled Substance, 7th Degree.) Present—Denman, P. J., Green, Balio, Boehm and Fallon, JJ.